In the Matter of the Judicial Settlement of the Account of Proceedings of United States Trust Company of New York, as Trustee of the Trust Created under Article Fourth of the Last Will and Testament of Louis C. Krauthoff, Deceased, Respondent, and the Application of Said Trustee for a Judicial Con-

struction of Said Article Fourth of the Will of Said Decedent. SAMUEL GRANT and RAYMOND R. COOKE, Appellants; OLIVE B. KRAUTHOFF, Testamentary Guardian, Respondent.* — Decree so far as appealed from affirmed, with costs to the testamentary guardian, respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes for reversal upon the authority of *Matter of Lamb* (182 App. Div. 180; affd., 224 N. Y. 557).